PER CURIAM.
Affirmed. Talquin Electric Cooperative, Inc., v. Amchem Products, Inc., 421 So.2d 1032 (Fla. 1st DCA 1983); Rice v. Florida Power & Light Co., 363 So.2d 834 (Fla. 3d DCA 1978); Ritter v. Jimenez, 343 So.2d 659 (Fla. 3d DCA 1977); Zerwal v. State Farm Mutual Automobile Insurance Company, 332 So.2d 645 (Fla. 3d DCA 1976); Holmes v. School Board of Orange County, 301 So.2d 145 (Fla. 4th DCA 1974); Somers v. Meyers, 171 So.2d 598 (Fla. 1st DCA 1965).